

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00070-CR

Stefan Kirk **GAY**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1169-CR-A
Honorable Gary L. Steel, Judge Presiding

# O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is due November 13, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court